# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WESLEY LYNN DOUGLAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-01731-ACA-JHE |
| ETOWAH COUNTY, | ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM OPINION**

Plaintiff Wesley Lynn Douglas filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. 1). On December 4, 2025, the magistrate judge entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Douglas's failure to prosecute his claims. (Doc. 5). Although the magistrate judge advised Mr. Douglas of his right to file written objections within fourteen days and of the consequences of failing to object (*id.* at 2), the court has not received any objections.

Mr. Douglas's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this January 6, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE